```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON H. KIENZLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-108 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JASON H. KIENZLE, | ) | Date: August 20, 2007 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current admit/deny hearing now scheduled for July 23, 2007 be vacated and a new date of August 20, 2007 be set for admit/deny.  Mr. Kienzle has a pending state case in which he has not yet appeared or had counsel appointed.  Mr. Kienzle needs to speak with counsel in that case before entering an admission

//

//

//

or denial to the charges in the amended petition.  Defense counsel has conferred with Ms. Clanton, Mr. Kienzle's probation officer, and she agrees that continuing the proceedings for that purpose is appropriate.

Dated: July 19, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

        /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JASON H. KIENZLE

MCGREGOR W. SCOTT
United States Attorney

Dated:  July 19, 2007

/s/ Ned Smock for Jill Thomas
JILL THOMAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2