```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON H. KIENZLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0108 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JASON H. KIENZLE, | ) Date: September 10, 2007 |
| | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current admit/deny hearing now scheduled for August 20, 2007 be vacated and a new date of September 10, 2007 be set for admit/deny.  Mr. Kienzle has a pending state case and defense counsel is seeking to communicate with the

//

//

//

//

1  lawyer who was recently assigned to represent him.  The parties
2  (including United States Probation) agree that additional time is
3  needed to determine the status of the pending state case.

5  Dated: August 17, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                              /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JASON H. KIENZLE


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  August 17, 2007
                                        /s/ Ned Smock for Jill Thomas
                                        JILL THOMAS
                                        Assistant U.S. Attorney


                              **ORDER**

    **IT IS SO ORDERED.**

DATED: August 17, 2007


                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

2