```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON H. KIENZLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0108 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JASON H. KIENZLE, ) | Date: October 1, 2007 |
| ) | Time: 10:00 A.M. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current admit/deny hearing previously reset by the court from September 10, 2007 to September 14, 2007 be vacated and a new date of October 1, 2007 be set for admit/deny. Mr. Kienzle has a pending state case and the next court appearance in that case is September 17 2007. Defense counsel needs to monitor the outcome of the state case.

//

//

The parties (including United States Probation) agree that additional time is needed to determine the status of the pending state case.

Dated: September 7, 2007

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                              /S/NED SMOCK
                                          NED SMOCK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JASON H. KIENZLE

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated:   September 7, 2007

                                          /s/ Ned Smock for Jill Thomas
                                          JILL THOMAS
                                          Assistant U.S. Attorney

                                       **ORDER**

**IT IS SO ORDERED.**

DATED: September 10, 2007

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE